| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Leonard Siegel, Esq. (SBN 064603)<br>lsiegel@kgswlaw.com<br>David A. Bernardoni (SBN 228155)<br>dbernardoni@kgswlaw.com<br>KULIK GOTTESMAN SIEGEL & WARE LLP<br>15303 Ventura Blvd., Suite 1400<br>Sherman Oaks, CA. 91403<br>Phone: (310) 557-9200; Fax: (310) 557-0224<br>ATTORNEY(S) FOR: Defendant, Santa Anita Business Park Assoc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL RODRIGUEZ, an individual,<br><br>Plaintiff(s),<br>v.<br>THE PIZZA STORE, a business; et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:17-cv-01249AG(KESx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Santa Anita Business Park Association
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Liberty International Underwriters | Insurance carrier |

September 21, 2017                                      /s/ David A. Bernardoni
Date                                                              Signature

Attorney of record for (or name of party appearing in pro per):

David A. Bernardoni

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**